# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AARON JOHNSON,<br><br>    Defendant. | No. 19-CR-73 CJW<br><br>**ORDER REGARDING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S GUILTY PLEA** |

## I. INTRODUCTION AND BACKGROUND

On July 10, 2019, a two-count Information was filed against defendant. On July 12, 2019, defendant appeared before United States Magistrate Judge Mark Roberts and entered a plea of guilty to counts one and two of the Information. On July 15, 2019, Judge Roberts filed a Report and Recommendation in which he recommended that defendant's guilty plea be accepted.

After defendant's plea hearing on July 12, 2019, defendant admitted to using controlled substances the night before his plea hearing. Out of an abundance of caution, Magistrate Judge Roberts deemed it necessary to conduct defendant's initial appearance, arraignment and plea hearing again and conducted those hearings on July 26, 2019. Defendant entered a plea of guilty to counts one and two of the Information, and on July 26, 2019, Judge Roberts filed a Supplemental Report and Recommendation in which he recommended defendant's guilty plea be accepted.

The parties did not file objections to Judge Roberts' Report and Recommendation filed July 15, 2019, nor to Judge Roberts' Supplemental Report and Recommendation filed on July 26, 2019. The Court, therefore, undertakes the necessary review of Judge

Roberts' recommendation to accept defendant's plea in this case.

## II.   ANALYSIS

Pursuant to statute, this Court's standard of review for a magistrate judge's report and recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1)(C). Where parties make no objections to a magistrate's report and recommendation, the Court reviews the magistrate's report and recommendation for clear error. 28 U.S.C. § 636(b)(1)(A). Similarly, Federal Rule of Criminal Procedure 59(b) provides for review of a magistrate judge's report and recommendation on dispositive motions, where objections are made, as follows:

> The district judge must consider de novo any objection to the magistrate judge's recommendation. The district judge may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions.

FED. R. CRIM. P. 59(b)(3).[1]

---

[1] *United States v. Cortez-Hernandez*, 673 F. App'x 587, 590-91 (8th Cir. 2016) (per curiam), suggests that a defendant may have the right to de novo review of a magistrate judge's recommendation to accept a plea of guilty even if no objection is filed.

2

In this case, the parties filed no objections, and it appears to the Court upon review that Judge Roberts' findings and conclusions are not clearly erroneous. Therefore, the Court **ACCEPTS** Judge Roberts' Supplemental Report and Recommendation of July 26, 2019, and **ACCEPTS** defendant's plea of guilty in this case to counts one and two of the Information.

**IT IS SO ORDERED** this 12th day of August, 2019.

_____
C.J. Williams
United States District Judge
Northern District of Iowa